July 13, 1984.

479 A.2d 1117

Commonwealth v. Andrews, Appellant.

Submitted April 25, 1984.   Douglas W. Johnson, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and CERCONE, JJ.

The order of the distinguished Judge Louis D. Stefan dismissing the post-trial motions of appellant is affirmed. The judgment of sentence is, nonetheless, vacated and the record is remanded to the Common Pleas Court for an evidentiary hearing to determine whether petitioner was afforded effective assistance of counsel.   Jurisdiction relinquished.